IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FRANK PHILLIP KALITA, Jr.,**

    **Plaintiff,**

v.                                                       Civil Action No. 1:07cv73
                                                           (Judge Keeley)

**FEDERAL BUREAU OF PRISONS,**
**HARLEY LAPPIN,**
**WARDEN JOYCE FRANCIS,**
**D. HEADY,**
**S. CARR,**
**G. SHERWOOD,**

    **Defendants.**

## ORDER GRANTING MOTION TO AMEND

On May 30, 2007, the *pro se* plaintiff, Frank Kalita, an inmate at USP Hazelton, filed a Bivens action. On July 12, 2007, he filed a Motion to Amend/Correct.

Federal Rue of Civil Procedure 15(a) provides that "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served... Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Here, a review of the file shows that no responsive pleading has been served. Thus, the plaintiff's Motion to Amend/Correct (Doc.14) is GRANTED as a matter of course.

IT IS SO ORDERED.

1

The Clerk is directed to mail a copy of this Order to the plaintiff at his last known address as reflected on the docket sheet.

DATED: August 22, 2007

    /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE